UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 13-1706 JGB (SPx)** | Date | October 30, 2013 |
|---|---|---|---|
| Title | *John B. Ardella, et al. v. Federal Nat'l Mortgage Assn., et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **ORDER To Show Cause re: Lack of Prosecution (IN CHAMBERS)**

       Plaintiffs filed their Complaint in state court on July 26, 2013, and Defendants removed the action on September 20, 2013. (Not. of Removal.) Defendants Federal National Mortgage Association and PNC Bank NA moved to dismiss the Complaint on September 27, 2013. (Doc. No. 4.) On October 22, 2013, the Court granted the motion to dismiss because Plaintiff failed to oppose, and dismissed Federal National Mortgage Association and PNC Bank NA from the Complaint. (Doc. No. 7.)

       Since filing this action, Plaintiff has not prosecuted his claims against the remaining Defendant Quality Loan Service Corp. The Court, on its own motion, ORDERS Plaintiff to show cause in writing on or before **November 15, 2013**, why this matter should not be dismissed without prejudice for failure to prosecute as to Defendant Quality Loan Service Corp. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). Failure to respond to this Order will be deemed consent to the dismissal of the remaining Defendant in this action pursuant to Federal Rule of Civil Procedure 41(b) without prejudice.

       **IT IS SO ORDERED.**