JS - 6                    O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B. ARDELLA, et al., <br> Plaintiffs, <br> v. <br> FEDERAL NAT'L MORTGAGE ASSN., et al., <br> Defendants. | Case No. EDCV 13-01706-JGB (SPx) <br><br> **JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

    Plaintiffs filed their Complaint in state court on July 26, 2013, and Defendants removed the action on September 20, 2013. (Not. of Removal.) Defendants Federal National Mortgage Association and PNC Bank NA moved to dismiss the Complaint on September 27, 2013. (Doc. No. 4.) On October 22, 2013, the Court granted the motion to dismiss because Plaintiffs failed to oppose, and thereby dismissed Federal National Mortgage Association and PNC Bank NA from the Complaint without predjudice. (Doc. No. 7.)

Since filing this action, Plaintiffs have not prosecuted their claims against the remaining Defendant Quality Loan Service Corp. On October 30, 2013, the Court ordered Plaintiffs to show cause in writing by November 15, 2013 why the matter should not be dismissed for failure to prosecute as to Defendant Quality Loan Service Corp. (Doc. No. 8.) The Court put Plaintiffs on notice that failure to respond to the order would be deemed consent to the dismissal of the remaining Defendant in this action pursuant to Federal Rule of Civil Procedure 41(b) and <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962). (<u>Id.</u>) As of the date of this Order, Plaintiffs have not responded to the order to show cause, nor have they prosecuted the action against the remaining Defendant.

Accordingly, the Court DISMISSES Plaintiffs' Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: 12/13/13

JESUS G. BERNAL
United States District Judge